**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RUBEN R. HURTADO, Jr.,** ) | NO. 1:09-CV-01157-AWI |
| ) | |
| **Plaintiff**, ) | ORDER VACATING |
| ) | HEARING DATE OF |
| v. ) | SEPTEMBER 14, 2009, AND |
| ) | TAKING MATTER UNDER |
| **ONE WEST, dba INDYMAC BANK,** ) | SUBMISSION |
| **a California corporation, TRUSTEE** ) | |
| **CORPS, an entity unknown, and DOES** ) | |
| **1 through 10,** ) | |
| ) | |
| **Defendants**. ) | |
| _____) | |

    Defendant Trustee Corps has noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on September 14, 2009. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than August 31, 2009. Plaintiff failed to do so.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

///

///

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September
2  14, 2009, is VACATED, and no party shall appear at that time.  As of September 14, 2009,  the
3  court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   September 10, 2009**                         **/s/ Anthony W. Ishii**
                                                      CHIEF UNITED STATES DISTRICT JUDGE